## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARRYL A. WAHLSTROM, Individually, and** | : |
| **as Personal Representative of the Estate of** | : |
| **RICHARD HENRY BOWEN, JR.** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : |
| | : |
| | : **Case No.:1:12-cv-01225(RWR)** |
| | : |
| **UNITED STATES OF AMERICA** | : |
| | : |
| **Defendant.** | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

     Pursuant to Fed. R. Civ. P. 41, and with defendant's consent, the plaintiff hereby dismisses all claims with prejudice, each party to bear its own costs, pursuant to a settlement reached of this case.

     Respectfully submitted,

/s/ Patrick A. Malone
Patrick A. Malone, Esq. (Bar No. 397142)
pmalone@patrickmalonelaw.com
Daniel C. Scialpi, Esq. (Bar No. 997556)
dscialpi@patrickmalonelaw.com
PATRICK MALONE & ASSOCIATES, P.C.
1111 16th Street, N.W.
Suite 400
Washington, D.C. 20036
P: 202-742-1500
F: 202-742-1515

*Attorneys for Plaintiff*

_____/s/_____
WAYNE H. WILLIAMS
Special Assistant United States Attorney Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-252-2574 / FAX 202-252-2599
wayne.williams@usdoj.gov

*Attorney for Defense*